# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### TAMPA DIVISION

SEAN DAWKINS,

     Plaintiff,

v.

CLARITY SERVICES, INC.,

     Defendant.

Case No. 8:23-cv-00011

## NOTICE OF REMOVAL

Pursuant to 28 U.S.C. § 1441 *et seq.*, Defendant Clarity Services, Inc. ("Clarity") files this Notice of Removal of the above-captioned action to this Court and respectfully states as follows:

1.    Clarity is a named defendant in Case No. 2023CC005350CCAXES filed by Plaintiff Sean Dawkins ("Plaintiff") in the County Court of the Sixth Judicial Circuit in and for Pasco County, Florida (hereinafter, "State Court Action").

2.    Plaintiff filed the Complaint in the State Court Action with the Clerk of the County Court of Pasco County, Florida on or around November 15, 2023.

3.    This Notice is being filed with this Court within thirty (30) days after Clarity was served on November 30, 2023, with a copy of Plaintiff's initial pleading setting forth the claims for relief upon which Plaintiff's action against Clarity is based. *See White v. State Farm Mutual Auto. Ins. Co.*, No. 3:13-cv-765-J-99TJC-

PDB, 2013 WL 6061890, at *1 n.2 (M.D. Fla. Nov. 18, 2013) (finding notice of removal when deadline "fell on a weekend"); Fed. R. Civ. P. 6(a) (legal holidays).

4.　This Court is the proper district court for removal because the State Court Action is pending within this District.

5.　Pursuant to 28 U.S.C. § 1446(a) and Middle District of Florida Local Rule 1.06 a legible copy of each paper served on Clarity and/or docketed in the State Court Action is attached hereto as "**Exhibit A**" through "**Exhibit C**."

6.　Clarity is a corporation which, for monetary fees, regularly engages in whole or in part in the practice of assembling consumer credit information or other information on consumers for the purpose of furnishing consumer reports to third parties.  Clarity uses means or facilities of interstate commerce for the purpose of preparing or furnishing consumer reports, and therefore is a "consumer reporting agency" within the meaning of 15 U.S.C. § 1681a(f).

7.　The claims for relief against Clarity alleged in the State Court Action arise under the Fair Credit Reporting Act, 15 U.S.C. § 1681 *et seq*.  Thus, this Court has original subject-matter jurisdiction over the above-captioned action pursuant to 28 U.S.C. § 1331 and 15 U.S.C. § 1681p.

8.　Accordingly, the above-captioned action may properly be removed to this United States District Court pursuant to 28 U.S.C. § 1441(a).

9.　Promptly after the filing of this Notice of Removal, Clarity will provide written notice of the removal to Plaintiff in the State Court Action and shall file a

copy of this Notice with the Clerk of the Court in the State Court Action, as required by 28 U.S.C. § 1446(d).

Respectfully submitted this 2nd day of January 2024.

 */s/ Grant Edward Lavelle Schnell*
Grant Edward Lavelle Schnell
Florida Bar No. 108109
JONES DAY
1221 Peachtree Street N.E., Suite 400
Atlanta, Georgia 30361
Phone: (404) 581-8023
Email: gschnell@jonesday.com

*Attorney for Defendant Clarity Services, Inc.*

## **CERTIFICATE OF SERVICE**

     I HEREBY CERTIFY that on January 2, 2024, I electronically filed a true and correct copy of the foregoing document with the Clerk of the Court by using the CM/ECF system, which will send notice of electronic filing to all parties at the email addresses on file with the Clerk of Court.  I further certify that on the same date a copy of the foregoing document has been furnished to the following parties via United States Postal Service mail postage prepaid and electronic mail:

James Hubbard, Esq.
1614 North 19th Street
Tampa, FL 33605
lawofficeofjameshubbard@gmail.com

*Attorney for Plaintiff*

*/s/ Grant Edward Lavelle Schnell*
Grant Edward Lavelle Schnell