# Exhibit A

Filing # 186155482 E-Filed 11/15/2023 09:19:43 AM

## IN THE COUNTY COURT OF THE SIXTH JUDICIAL CIRCUIT
## IN AND FOR PASCO COUNTY, FLORIDA
## CIVIL DIVISION

**Sean Dawkins,**

     *Plaintiff,*

     v.

**Clarity Services, Inc.,**

     *Defendant.*

Case Number:

**Jury Trial Demanded**

### COMPLAINT AND DEMAND FOR JURY TRIAL

COMES NOW the Plaintiff, Sean Dawkins ("**Mr. Dawkins**"), by and through his attorneys, Seraph Legal, P.A., and complains of the Defendant, Clarity Services, Inc. ("**Clarity**"), stating as follows:

### PRELIMINARY STATEMENT

1.    This is an action for damages that do not exceed $50,000, exclusive of fees and costs, brought by Mr. Dawkins against Clarity for violations of the *Fair Credit Reporting Act*, 15 U.S.C. § 1681, *et seq.* ("**FCRA**").

### JURISDICTION AND VENUE

2.    Subject matter jurisdiction arises under the FCRA, 15 U.S.C. § 1681p, and § 34.01, Fla. Stat.

3.    Clarity is subject to the provisions of the FCRA and is subject to the jurisdiction of this Court pursuant to § 48.193, Fla. Stat.

4.    Venue is proper in Pasco County, Florida because the acts complained of were committed and / or caused by the Defendant within Pasco County.

## PARTIES

5.    **Mr. Dawkins** is a natural person residing in the city of Zephyrhills, Pasco County, Florida.

6.    Mr. Dawkins is a *"consumer"* as defined by the FCRA, 15 U.S.C. § 1681a(c).

7.    **Clarity** is a Delaware corporation with a principal business address of 475 Anton Blvd., Costa Mesa, CA 92626.

8.    Clarity is registered to conduct business in the State of Florida, where its Registered Agent is CT Corporation System, **1200 South Pine Island Rd., Plantation, FL 33324**.

9.____Clarity is a nationwide *Credit Reporting Agency* ("**CRA**") within the meaning of the FCRA, 15 U.S.C. § 1681a(f), in that it, for monetary fees, dues, or on a cooperative nonprofit basis, regularly engages in whole or in part in the practice of assembling or evaluating consumer credit information or other information on consumers for the purpose of furnishing consumer reports to third parties, and uses various means of interstate commerce for the purpose of preparing or furnishing consumer reports, specifically including mail and telephone communications.

## FACTUAL ALLEGATIONS

### Clarity Produces Clearly Erroneous Report on Plaintiff

10.    Prior to April 2018, Clarity began maintaining a credit file on Mr. Dawkins. **SEE PLAINTIFF'S EXHIBIT A.**

11.    Shortly thereafter, Clarity began inserting clearly erroneous – and often preposterous – data into his file.

12.    For example, on November 1, 2022 Clarity reported that the address in which Mr. Dawkins is employed is at "123 Main Street, Lakeland, FL," a made-up address which does not exist and which was inserted by Clarity's automated systems as a placeholder. *Id.*

13.    On June 28, 2022, Clarity reported Mr. Dawkin's next paycheck would be issued January 1, 2001 – i.e., he was scheduled to be paid next 21 years *in the past*. *Id.*

14.    Clarity also reported his occupation was "F" [sic]. *Id.*

15.    In addition to the above fabricated data, Clarity included a tradeline reported by Lead Bank which claimed he had a current balance of $1,253 owed to the bank -- yet despite allegedly owing only a total of $1,253, he somehow had a "past due balance" of $8,332, and a "next payment amount" of $10,647.

16.    Worse, Mr. Dawkins' February 2023 consumer disclosure shows the Lead Bank tradeline was last updated on January 17, 2020, meaning that Clarity was selling reports with data at least three years out of date.

17.    Indeed, the information – now closer to four years out of date – continues to appear in Mr. Dawkins' Clarity credit file.

18.    As is virtually axiomatic, a loan with a total balance of $1,253 cannot also have a "past due" balance of $8,332, and the "next payment" cannot be $10,647.

19.    Thus, Clarity knew the information it was reporting was, on its face, erroneous, illogical and preposterous.

20.    Moreover, the true balance of the Lead Bank "debt" was $0.

21.    Sometime in 2020, Lead Bank, or a successor-in-interest, sold the account to National Credit Adjusters ("NCA"), a debt collector and debt purchaser.

22.     In 2021, Mr. Dawkins paid and settled the account with NCA, leaving the balance at $0.

23.     Despite the fact Lead Bank had not updated its information for nearly four years, Clarity continues to include the information in reports it sells (and has already sold) about Mr. Dawkins.

24.     Clarity, as a CRA, has a legal obligation to use reasonable procedures to ensure the maximum possible accuracy of its consumer reports. 15 U.S.C. § 1681e(b).

25.     Clarity is keenly aware that balances of short-term loans change frequently; despite this knowledge, Clarity maintains no procedures to purge stale information or even require its data furnishers to update information on a periodic basis.

26.     Clarity also allows its furnishers of data to report information which could not even potentially be true, e.g., a loan with a total balance of $1,253 but a "next payment" of $10,647.

27.     These procedures are, on their face, unreasonable.

28.     Indeed, Clarity routinely uses procedures which virtually guarantee false, inaccurate, and fabricated data is inserted into consumer credit files.

29.     The reporting of Mr. Dawkin's occupation as "F" is, upon information and belief, a default code inserted by Clarity's systems when a furnisher leaves data about the consumer's occupation blank.

30.     The same is true concerning the employer address of "12 MAIN STREET;" on information and belief, Clarity uses this as well as "123 MAIN STREET" as a default address when no employer address data is reported.

31.     The date "January 1, 2001" is a default date used by Clarity's systems when no date of next paycheck is reported.

32.     No guide, legend, or other information exists to inform Mr. Dawkins (or readers of his report) that "F" and "123 MAIN STREET" and "January 1, 2001" are simply Clarity shorthand for "no data reported."

33.     Thus, Clarity's automated systems are programmed to ***intentionally insert false and inaccurate information*** into a consumer's file – and do so on a very regular basis.

34.     Clarity knew, or should have known, when it sold reports on Mr. Dawkins that it included data which had almost no possibility of being true and was, on its face, absurd.

35.     The inclusion of the aforementioned alone establishes that Clarity lacks reasonable procedures designed to ensure maximum possible accuracy of the reports it sells, as such data could not reasonably be trusted.

36.     Upon learning Clarity now has additional, incorrect information regarding his personal information, Mr. Dawkins became very upset, panicked, and concerned, as credit reports concerning him contained egregiously wrong information about him.

37.     Records from Clarity show that it sold at least 50 reports on him in the last 24 months—including reports sold in connection with applications for auto financing from Ally Financial, Santander Consumer, OneMain Financial, Exeter Finance, Veros Credit, and others—all which contain false and defamatory information.

38.     Additionally, one of the products Clarity sells to lenders is called Clear Digital Identity™ -- which it describes as a service which "cross-references application information, phone and email details, and exclusive Clarity data to authenticate consumer identities and detect application fraud." It does this by "comparing a consumer's personal information against phone,

email and Clarity data helps to validate the legitimacy of an applicant's information and gives lenders a much greater assurance that applicants are who they claim to be. A failure to authenticate some of the data points can indicate fraud."[1]

39.     Clarity is aware of all of the problems with its systems outlined above for multiple reasons, including having been sued by dozens of other consumers for near-identical issues.

40.     Despite such knowledge, Clarity has yet to change its systems and procedures.

41.     Clarity thus acted willfully, or in the alternative, with gross recklessness.

42.     Mr. Dawkins has also spent time and money correcting his file and to force the Defendant to comply with its statutory obligations and has spent time and money in procuring counsel.

43.     Mr. Dawkins has hired this law firm to represent him in this matter and has assigned the firm his right to fees and costs.

**COUNT I**
**CLARITY'S VIOLATIONS OF THE FCRA - 15 U.S.C. § 1681e(b)**

44.     Mr. Dawkins adopts and incorporates paragraphs 1 - 43 as if fully stated herein.

45.     Clarity violated **15 U.S.C. § 1681e(b)** when it failed to follow reasonable procedures to assure maximum possible accuracy of a consumer report by including incorrect information on a report concerning Mr. Dawkins on at least 50 separate occasions.

46.     Clarity's conduct was willful and intentional, or, alternately, was done with reckless disregard for its duties under the FCRA to provide reports with maximum possible accuracy.

---

[1] See https://www.clarityservices.com/solutions/fraud/clear-digital-identity/

**47.**    Clarity is thus liable to Mr. Dawkins, pursuant to 15 U.S.C. § 1681n, for the greater of Mr. Dawkins' actual damages and statutory damages of up to $1,000 for each occurrence, reasonable attorneys' fees, and costs.

**48.**    Alternatively, Clarity acted negligently and is thus liable to Mr. Dawkins, pursuant to 15 U.S.C. § 1681o, for Mr. Dawkins' actual damages, reasonable attorneys' fees, and costs.

**WHEREFORE,** Mr. Dawkins respectfully requests this Honorable Court enter judgment against Clarity for:

a.    The greater of Mr. Dawkins' actual damages and statutory damages of $1,000 per violation pursuant to 15 U.S.C. § 1681n(a)(1)(A), or in the alternative, Mr. Dawkins' actual damages pursuant to 15 U.S.C. § 1681o(a)(1);

b.    Reasonable costs and attorneys' fees pursuant to pursuant to 15 U.S.C. § 1681n(a)(3) and/or 15 U.S.C. § 1681o(a)(2); and,

c.    Such other relief that this Court deems just and proper.

## <ins>JURY TRIAL DEMANDED</ins>

Mr. Dawkins hereby demands a trial by jury on all issues so triable.

Respectfully submitted on November 13, 2023, by:

**SERAPH LEGAL, P. A.**
*/s/ James Hubbard*
James Hubbard, Esq.
Florida Bar No.: 121405
lawofficeofjameshubbard@gmail.com
1614 N 19th Street
Tampa, Florida 33605
Tel: 863-617-5206
Fax: 855-500-0705
Of Counsel to Seraph Legal, P.A.
*Counsel for Plaintiff*

**EXHIBITS**

A        Plaintiff's Clarity Credit Disclosure dated November 11, 2023 (excerpts)

# EXHIBIT A
## Plaintiff's Clarity Credit Disclosure dated November 11, 2023 (excerpts)

### Clarity Report for DAWKINS, SEAN

11/11/2023

---

**Consumer**

Name
DAWKINS, SEAN

Address
███████████

Reference Number
██████

---

**Notices**

Enclosed is a copy of your Clarity Credit Report and/or Clarity Credit Score, a "Summary of Your Rights Under the Fair Credit Reporting Act", and any applicable state rights for you. Below you can find links to help you read and understand this document.

If you wish to dispute information contained in your report, please call us to explain your dispute. You may also provide additional documentation to support your dispute, but it is not required. If you requested your Clarity Credit Report, but not your Clarity Credit Score, you may request and obtain a Clarity Credit Score.

OFAC score and flag values are derived from information maintained by the Office of Foreign Assets Control, a division of the U.S. Department of Treasury. Social Security Pre-Randomization and Deceased values are derived from information maintained by the Social Security Administration.

The latest information on how to read your Clarity consumer file disclosure can be found at:

https://consumersupport.clarityservices.com/how_to_read_report

The latest information on how to read your Clarity Credit Score can be found at:

https://consumersupport.clarityservices.com/how_to_read_score

Disclaimer: This consumer report may contain personally identifiable information, and may be used only in accordance with all regulatory guidelines.
©2009 - 2023 Clarity Services Inc. All Rights Reserved.

# EXHIBIT A
## Plaintiff's Clarity Credit Disclosure dated November 11, 2023 (excerpts)



Account #35

**Consumer**

| | | | |
|---|---|---|---|
| **Name:** | DAWKINS, SEAN | **Date of Birth:** | ▮ |
| **Address:** | ▮ | | |
| **Bank Routing Number:** | ▮ | **Bank Account Number:** | ▮ |
| **Phone Number:** | ▮ | | |

**Current**

| | | | |
|---|---|---|---|
| **Account #:** | ▮ | **Company:** | Lead Bank |
| **Account Type:** | Online Installment Loan | **Credit Limit:** | |
| **Ownership:** | Individual | **Current Loan Amount:** | $1,300 |
| **Number of Payments:** | 26 | **Current Balance:** | $1,253 |
| **Payment Frequency:** | Brweekly Only | **Past Due:** | $8,332 |
| **Open Date:** | 8/19/2019 | **Actual Payment:** | $243 |
| **First Due Date:** | 8/30/2019 | **Next Payment Amount:** | $10,647 |
| **Last Update Date:** | 9/22/2020 | **Status:** | Charge-Off |
| **Delinquency Date:** | 10/14/2019 | **Closed Date:** | 1/17/2020 |
| **Payment History:** | ◄---------- | **Closed Status:** | |
| **Comment:** | | | |
| **Consumer Dispute:** | | | |

**Historical**

| | | | |
|---|---|---|---|
| **Original Account Type:** | Online Installment Loan | **Original Loan Amount:** | $1,300 |
| **First Payment Date:** | 8/30/2019 | **First On-Time Payment Date:** | |
| **Last Payment Date:** | 8/30/2019 | **Last On-Time Payment Date:** | |
| **Total Late Payments:** | 0 | **Collections (#):** | 0 |
| **Amount of Late Payments:** | $0 | **Total Collections:** | $0 |
| **Total Days Late:** | 0 | **Days in Collections:** | 0 |
| **Longest Late Payment:** | 0 | **Last Collection Date:** | |
| **Charged Off Date:** | 1/17/2020 | **Worst Payment Status:** | Charge-Off |
| **Charge Off Amount:** | $1,253 | **First Closed Date:** | 1/17/2020 |

Page 36 of 53

# EXHIBIT A
## Plaintiff's Clarity Credit Disclosure dated November 11, 2023 (excerpts)

**Check Cashing Details** (Check cashing information is furnished by VALID Systems)

No check cashing information found.

### Inquiries seen by others

The 'Tracking #' located after 'Date' and 'Time' allows you to associate the data that originated from the same inquiry. For example, when the 'Tracking #' is the same for your name, date of birth and driver's license/state, then all those data elements came from the same inquiry.

| Date/Time/Tracking # | Purpose | Type | Company |
|---|---|---|---|
| 10/23/2023 1:16:42 pm EDT rnn55758081 | Credit Application | Auto Loan | First Investors Financial Services |
| 10/23/2023 1:16:00 pm EDT m6v6mhzsa9 | Credit Application | Auto Loan | First Investors Financial Services |
| 10/23/2023 1:15:41 pm EDT h0a8rvzag4h | Credit Application | Auto Loan | Veros Credit |
| 10/23/2023 1:14:11 pm EDT twz1avsoc8 | Credit Application | Auto Loan | Experian on behalf of Exeter Finance Llc |
| 10/21/2023 6:08:06 pm EDT f3a3zmvtwz | Credit Application | Auto Loan | First Investors Financial Services |
| 10/21/2023 5:54:03 pm EDT 6jw2wy8b0t | Credit Application | Auto Loan | First Investors Financial Services |
| 10/21/2023 5:54:02 pm EDT a3szfzdg7d | Credit Application | Auto Loan | Westlake Financial Services |
| 8/25/2023 2:40:30 pm EDT 0xsvzwd5b | Credit Application | Online Installment Loan | Credit Ninja/FMS |
| 8/25/2023 2:40:21 pm EDT sddp17njxl | Credit Application | Online Installment Loan | River Valley Loans |
| 7/13/2023 10:48:51 am EDT npxwn8gh2h | Credit Application | Online Installment Loan | FEB/Personify |
| 7/13/2023 10:48:51 am EDT nv1r0a25ny | Credit Application | Online Line of Credit | CCB/TLS/MK Analytics/Propel |
| 7/13/2023 9:50:02 am EDT nkzavq33zz | Credit Application | Online Installment Loan | Green Arrow Solutions |
| 7/13/2023 9:49:56 am EDT 8jf3e7bc8r | Credit Application | Online Installment Loan | Green Arrow Solutions |
| 7/13/2023 9:48:35 am EDT y38rp2cnep | Credit Application | Online Installment Loan | ZocaLoans |
| 7/13/2023 9:48:22 am EDT rq83n8kyjy | Credit Application | Online Installment Loan | Credit Ninja/FMS |
| 7/13/2023 9:47:59 am EDT vs7j6082g7 | Credit Application | Online Installment Loan | Lendumo |
| 7/13/2023 9:47:34 am EDT 43z0p8hp1t | Credit Application | Online Installment Loan | WishU Loans |
| 3/31/2023 4:08:39 pm EDT 1fbdm3ma1k | Credit Application | Online Installment Loan | WishU Loans |
| 3/31/2023 4:08:38 pm EDT ejdgn7v2ye | Credit Application | Online Installment Loan | WishU Loans |
| 3/31/2023 4:08:20 pm EDT p3eb0xzjgc | Credit Application | Online Installment Loan | Makwa Financial |
| 3/31/2023 4:07:49 pm EDT 0znarx2a6b | Credit Application | Online Installment Loan | Credit Ninja/FMS |
| 2/24/2023 12:44:36 pm EST 9ae9b8vec9 | Credit Application | Auto Loan | Credit Acceptance Corporation |
| 11/1/2022 7:17:48 pm EDT m3d0ysc10s | Credit Application | Online Installment Loan | My Funding Choices |
| 11/1/2022 7:17:21 pm EDT 88qqqoym2a | Credit Application | Online Installment Loan | FirstElectronicBank/OppLoans |
| 11/1/2022 7:17:18 pm EDT hn6kvymj20 | Credit Application | Online Installment Loan | Explore Credit/Hive Financial Systems |

Page 37 of 53

# EXHIBIT A
## Plaintiff's Clarity Credit Disclosure dated November 11, 2023 (excerpts)

| Date/Time/Tracking # | Purpose | Type | Company |
|---|---|---|---|
| 11/1/2022 7:17:16 pm EDT 3ff6eehvge | Credit Application | Online Installment Loan | Explore Credit/Hive Financial Systems |
| 11/1/2022 7:08:33 pm EDT 1v4fkdycsz | Credit Application | Online Installment Loan | Green Arrow Solutions |
| 11/1/2022 7:08:23 pm EDT d4kzjhnzqz | Credit Application | Online Installment Loan | Green Arrow Solutions |
| 11/1/2022 7:08:15 pm EDT q6nh1mzfap | Credit Application | Online Installment Loan | Green Arrow Solutions |
| 11/1/2022 7:06:40 pm EDT wxhc24q71p | Credit Application | Online Installment Loan | WithU Loans |
| 11/1/2022 7:06:39 pm EDT cdm8vh4sj8 | Credit Application | Online Installment Loan | WithU Loans |
| 11/1/2022 7:06:38 pm EDT 3tnjybvcq2 | Credit Application | Online Installment Loan | Credit Ninja/FMS |
| 11/1/2022 7:06:29 pm EDT 3nha2bfg46 | Credit Application | Online Installment Loan | Makwa Financial |
| 7/26/2022 5:38:58 pm EDT 3sd2c32nb7 | Credit Application | Online Installment Loan | FinWiseBank/Rise |
| 7/21/2022 11:18:49 am EDT yzzy00yapB | Credit Application | Online Line of Credit | CBW / CreditFresh |
| 6/28/2022 8:32:03 pm EDT pf636mdhyv | Credit Application | Online Line of Credit | Elastic |
| 11/14/2020 11:23:05 am EST x8s2egpxq2 | Credit Application | Storefront Title Loan | TitleMax |
| 10/15/2020 6:33:12 pm EDT yqdv5ejtvk | Credit Application | Storefront Title Loan | TitleMax |
| 9/17/2020 2:28:59 pm EDT 71s08wrz3rs | Credit Application | Storefront Title Loan | TitleMax |
| 8/14/2020 12:07:57 pm EDT pb6edshy9q | Credit Application | Storefront Title Loan | TitleMax |
| 7/15/2020 5:47:49 pm EDT xmgv5bzpyr | Credit Application | Storefront Title Loan | TitleMax |
| 6/5/2020 12:12:47 pm EDT j5xb5xk25a | Credit Application | Storefront Title Loan | TitleMax |
| 5/5/2020 11:59:56 am EDT sav7bxfaz2 | Credit Application | Storefront Title Loan | TitleMax |
| 4/4/2020 11:07:47 am EDT 0tlvxk6mv1 | Credit Application | Storefront Title Loan | TitleMax |
| 3/3/2020 10:52:23 am EST 3ze8oqa79y | Credit Application | Storefront Title Loan | TitleMax |
| 1/28/2020 9:59:11 am EST sk86g985sv | Credit Application | Storefront Title Loan | InstaLoan FL |
| 12/26/2019 10:37:02 am EST camam0wv7t | Credit Application | Storefront Title Loan | InstaLoan FL |
| 11/22/2019 12:26:50 pm EST neqp1g74pq | Credit Application | Storefront Title Loan | InstaLoan FL |
| 10/25/2019 3:54:16 pm EDT 84gye15eza | Credit Application | Online Installment Loan | Bright Lending |
| 10/25/2019 3:52:39 pm EDT z8ebbyxxm6 | Credit Application | Online Payday Loan | Silver Cloud Fin |
| 10/17/2019 7:38:29 pm EDT 1bfmn9mer | Credit Application | Storefront Title Loan | InstaLoan FL |
| 9/18/2019 10:00:03 am EDT z9aefbszpq | Credit Application | Storefront Title Loan | InstaLoan FL |
| 9/11/2019 5:05:31 pm EDT 5v4qgc05nd | Credit Application | Online Payday Loan | MoneyKey |
| 9/11/2019 5:05:26 pm EDT mddnhd2vez | Credit Application | Online Payday Loan | MoneyKey |
| 9/11/2019 4:55:10 pm EDT b3h2bdxqg5 | Credit Application | Online Payday Loan | Green Stream Lending |
| 9/11/2019 4:44:32 pm EDT wsz4c8xs21 | Credit Application | Online Payday Loan | Harvest Moon Financial |
| 9/11/2019 9:15:37 am EDT brma9hw8yc | Credit Application | Online Installment Loan | Netcashman |
| 9/11/2019 9:14:03 am EDT 84m9xqxh6s | Credit Application | Online Installment Loan | Ripple Cash |
| 9/11/2019 9:14:02 am EDT 5nrq4ckzej | Credit Application | Online Installment Loan | Ripple Cash |

# EXHIBIT A
## Plaintiff's Clarity Credit Disclosure dated November 11, 2023 (excerpts)

Employment information is listed in no particular order and includes all previously submitted places of employment that you, your creditors and/or other sources have reported. The 'Tracking #' located after 'Date' and 'Time' allows you to associate the data that originated from the same inquiry. For example, when the 'Tracking #' is the same for your employer name, employer address, occupation and months at employer, then all those data elements came from the same inquiry.



| Employer Address | First Reported (Date/Time/Tracking #) | Last Reported (Date/Time/Tracking #) | # of Times Reported |
|---|---|---|---|
| 12 MAIN STREET LARGO FL | 12/28/2018 5:00:58 pm EST k35vd2w1d3 | 9/11/2019 4:55:10 pm EDT b3h2bdxczg5 | 5 |
| 123 MAIN STREET LARGO FL | 11/1/2022 7:17:16 pm EDT 3ff6eehvge | 11/1/2022 7:17:18 pm EDT hn6kvymj20 | 2 |

| Occupation | First Reported (Date/Time/Tracking #) | Last Reported (Date/Time/Tracking #) | # of Times Reported |
|---|---|---|---|
| E | 12/28/2018 4:52:26 pm EST p-rfn6r1pe5 | 12/28/2018 4:52:32 pm EST fdh4kvmr2o | 4 |

# EXHIBIT A
## Plaintiff's Clarity Credit Disclosure dated November 11, 2023 (excerpts)



| Date of Next Paycheck | First Reported (Date/Time/Tracking #) | Last Reported (Date/Time/Tracking #) | # of Times Reported |
|---|---|---|---|
| 01/01/2001 | 6/28/2022 8:32:03 pm EDT pf636rndtyv | 7/26/2022 5:38:58 pm EDT 3sd2c32nb7 | 2 |

Page 50 of 5

Page 14 of 14