UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

SEAN DAWKINS,

    *Plaintiff,*

v.                                          Case No: 8:24-cv-00011-SDM-CPT

CLARITY SERVICES, INC.

    *Defendant.*

_____/

## NOTICE OF SETTLEMENT PENDING WITH DEFENDANT CLARITY SERVICES, INC.

In accordance with Local Rule 3.09, Plaintiff hereby provides notice that Plaintiff and Defendant Clarity Services, Inc. have reached a settlement in this case. Upon completion of the terms of settlement, Plaintiff will file the appropriate documents to dismiss this case, with prejudice.

Dated: April 4, 2024.

                                                     */s/ James Hubbard*
                                                     James Hubbard, Esq.
                                                     Florida Bar # 121405
                                                     lawofficeofjameshubbard@gmail.com
                                                     Seraph Legal, P.A.
                                                     2124 W. Kennedy Blvd., Ste. A
                                                     Tampa, FL 33606
                                                     Tel: 813-321-2349
                                                     *Counsel for Plaintiff*